STAFFORD SECURITY CO., INC., v. GEORGE KREMER, Impleaded, etc.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.